

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2020

No. 04-20-00234-CV

Kyle **BRATTON**,
Appellant

v.

**HOLT TEXAS, LTD** D/B/A Holt CAT and D/B/A Sitech-Tejas,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI05583
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On August 31, 2020, Appellee filed a motion to reconsider and to dismiss appeal for want of jurisdiction. The court requests that Appellant file a response to Appellee's motion. *See* TEX. R. APP. P. 42.3(a).

If Appellant chooses to file a response, Appellant must file the response, or a motion for extension of time to file a response, within TEN DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court